In the Matter of CECIL C. COLBERT et al., Appellants, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, et al, Respondents.

Argued March 8, 1937; decided March 23, 1937.

*Albert De Roode* for appellants.

*Paul Windels, Corporation Counsel* (*Edmund L. Palmieri* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.